# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERTO GONZALEZ, | CASE NO. 1:10-CV-00107-DLB PC |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | (DOC. 17) |
| JAMES D. HARTLEY, et al., | RESPONSE DUE WITHIN 30 DAYS |
| Defendants. | |

Plaintiff Alberto Gonzalez ("Plaintiff") is a California state prisoner proceeding pro se and in forma pauperis in this civil rights action. On March 3, 2011, the Court issued an order for Plaintiff to submit a signed amended complaint within thirty days. Doc. 17. As of the date of this order, Plaintiff has not responded.

Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within thirty (30) days from the date of service of this order why this action should not be dismissed for failure to obey a court order. Failure to timely respond or otherwise show cause will result in dismissal of this action.

IT IS SO ORDERED.

Dated:   May 6, 2011            /s/ Dennis L. Beck
                                UNITED STATES MAGISTRATE JUDGE

1